IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDMOND HORMOZI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-22-717-SLP |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

Plaintiff, a federal prisoner appearing pro se and in forma pauperis, brings this action pursuant to the Federal Tort Claims Act (FTCA).[1]  Before the Court is the Report and Recommendation [Doc. No. 41] (R&R) of United States Magistrate Judge Shon T. Erwin.  Judge Erwin recommends granting Defendant's Motion to Dismiss.

Judge Erwin advised Plaintiff that any objections to the R&R were due by March 18, 2024.  Plaintiff has failed to timely file any objection to the R&R or request an extension of time within which to do so.  Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the R&R.  *See Moore v. United* States, 950 F.2d 656 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No.

---

[1] The Court previously dismissed Plaintiff's Eighth Amendment claim brought pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and Defendant Michael Carvajal, former director of the Federal Bureau of Prisons.  *See* Order [Doc. No. 17].

41] is ADOPTED and Defendant's Moton to Dismiss [Doc. No. 33] is GRANTED. This Order, along with the Court's previous dismissal Order [Doc. No. 17] disposes of all claims in this matter.  Accordingly, a separate judgment of dismissal shall be entered.

    IT IS SO ORDERED this 8th day of April, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE